```
                IN THE UNITED STATES DISTRICT COURT

                     FOR THE DISTRICT OF OREGON
```

THEODORE LONG,                                          CV. 05-362-MO

        Petitioner,                    ORDER TO DISMISS

    v.

ROBERT LAMPERT,

        Respondent.

MOSMAN, District Judge.

    Petitioner moves to voluntarily dismiss this 28 U.S.C. § 2254 habeas corpus action without prejudice.  Petitioner's Motion to Dismiss is GRANTED, and this case is DISMISSED, without prejudice.

    IT IS SO ORDERED.

    DATED this __12th___ day of December, 2006.

```
                              /s/Michael W. Mosman
                              Michael W. Mosman
                              United States District Judge
```

1 - ORDER